```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF OHIO
           EASTERN DIVISION
```

United States of America

    v.                                    2:19-cr-191
                                          Chief Judge Marbley

Michael M. Alexander

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 10) that the defendant's guilty pleas be accepted. The Court accepts the defendant's plea of guilty to Counts 1 and 2 of the Information, and he is hereby adjudged guilty on these counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: November 6, 2019                s\Algenon L. Marbley
                                                      Algenon L. Marbley
                                                        Chief United States District Judge